UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __07-60289-CR-MIDDLEBROOKS__



UNITED STATES OF AMERICA

v.

**HERBERT SILER,**
   **Defendant.**

_____

## ORDER GRANTING PERMISSION TO
## BRING DISABLED FIREARM AND AMMUNITION INTO COURTHOUSE

THIS MATTER is before the Court upon the Government's Motion for permission to bring a disabled firearms and ammunition into the United States Courthouse and the Court having reviewed said Motion, it is hereby **ORDERED AND ADJUDGED** that the Government's Motion is **GRANTED**. The United States Marshals Service shall permit the Government to bring the disabled firearms and ammunition into the United States Courthouse for use at trial beginning April 14, 2008, or as soon thereafter as the first day of trial in this matter begins.

  **DONE AND ORDERED** in Chambers at Miami, Florida this __7__ day of __April__, 2008.

              DONALD M. MIDDLEBROOKS
              UNITED STATES DISTRICT JUDGE

Copies furnished:
Joanne Fine, AUSA, Fort Lauderdale
Michael B. Cohen (attorney for Defendant)
United States Marshals Service (two certified copies)