UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 07-60289-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HERBERT SILER

    Defendant.
_____/

## ORDER

THIS MATTER having come to be heard upon the Defendant's Motion To Authorize Criminal Justice Act Funds, by and through Attorney Michael B. Cohen, Esq., and the Court having heard argument of counsel and being otherwise fully advised in the premises does ORDER and ADJUDGE that said Motion be and is hereby _Granted_.

DONE and ORDERED in Chambers this ___11___ day of ___April___, 2008.

_____
DISTRICT COURT JUDGE